B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of Texas | VOLUNTARY PETITION |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>ASR-8 Centre LP | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>2401 Fountain View Dr., Suite 750<br>Houston, Texas 77057<br>ZIP CODE 77057 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Harris | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☑ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                                         THIS SPACE IS FOR COURT USE ONLY
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13) Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: NONE | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)   (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form 1) (04/13) | Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney\***<br><br>X */s/ signature*<br>Signature of Attorney for Debtor(s)<br>William A. (Trey) Wood, III 21916050<br>Printed Name of Attorney for Debtor(s)<br>Bracewell & Giuliani LLP<br>Firm Name<br>711 Louisiana Street, Suite 2300<br>Houston, TX 77002-2770<br>Address<br>713-223-2300<br>Telephone Number<br><br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ signature*<br>Signature of Authorized Individual<br>William J. Carden, officer of Debtor's General Partner,<br>Printed Name of Authorized Individual<br>American Spectrum Realty-8 Centre LLC<br>Title of Authorized Individual<br><br>_____<br>Date | |

## ANNEX A

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a petition for voluntary relief under chapter 11 of title 11 of the United States Code in this Court. Contemporaneously with the filing of the petitions, these entities filed a motion requesting the Court administratively consolidate and jointly administer their chapter 11 cases for procedural purposes only.

1. ASR-8 Centre, LP

2. ASR-Parkway One & Two, LP

3. ASR-Fountainview Place LP

#4399856.1

## Written Consent of Members of
## American Spectrum Realty - 8 Centre, LLC, a Delaware Limited Liability Company
## That is the General Partner of ASR-8 Centre LP

The undersigned, being the sole member of American Spectrum Realty – 8 Centre, LLC, a Delaware limited liability company ("Company LLC"), in accordance with the Regulations of Company LLC and the Delaware Limited Liability Company Act, upon execution hereof, does hereby consent to and adopt, on behalf of Company LLC, the resolutions attached hereto as Annex A for which the consent or adoption of the member of Company LLC is required either by the Regulations of Company LLC or the Delaware Limited Liability Company Act for the approval or efficacy of such resolutions or the matters described therein.

IN WITNESS WHEREOF, the undersigned has duly executed this consent as of the 6th day of January 2014.

By: American Spectrum Realty – 8 Centre, LLC
a Delaware limited liability company

   By: American Spectrum Realty Operating Partnership, LP,
a Delaware limited partnership, its Sole Member

      By: American Spectrum Realty, Inc.,
a Maryland corporation, its General Partner

         By: _/s/ James Hurn_
James Hurn
Vice President and General Counsel

*ANNEX A*

## Resolutions With Respect to ASR-8 Centre LP

**WHEREAS**, American Spectrum Realty – 8 Centre, LLC, a Delaware limited liability company ("Company LLC"), is the general partner of ASR-8 Centre LP, a Delaware limited partnership (the "Partnership").

**NOW THEREFORE, BE IT**

**RESOLVED,** that Company LLC, in its capacity as general partner of the Partnership, and the Partnership be, and it hereby is, authorized to file with the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court") a voluntary petition for reorganization of the Partnership pursuant to Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), and to perform any and all such acts as William J. Carden, officer of Company LLC (the "Authorized Officer"), deems to be reasonable, advisable, expedient, convenient, proper, or necessary or appropriate to effect the foregoing; and further

**RESOLVED,** that the Authorized Officer be, and hereby is, authorized and empowered to execute and deliver and file or cause to be filed with the Bankruptcy Court, for and on behalf of the Partnership, a voluntary petition of the Partnership pursuant to Chapter 11 of the Bankruptcy Code, and any and all other documents, instruments or filings as they deem to be reasonable, advisable, expedient, convenient, proper, or necessary or appropriate in connection therewith, each in such form or forms as the Authorized Officer so acting may approve, such approval to be conclusively evidenced by their execution or filing thereof; and further

**RESOLVED,** that the Authorized Officer be, and hereby is, authorized and empowered, for and on behalf of the Partnership in connection with any case commenced by it voluntarily under Chapter 11 of the Bankruptcy Code, to execute and file or cause to be filed with the Bankruptcy Court, all statements, schedules, and any other documents required to be executed on behalf of the Partnership related to the bankruptcy filing; and further

**RESOLVED,** that the Authorized Officer be, and hereby is, authorized and empowered to retain, for and on behalf of the Partnership, the law firm of Bracewell & Giuliani LLP to act as counsel in the representation of the Partnership as debtor and debtor in possession in any case commenced by it under the Bankruptcy Code and in all matters arising in connection therewith, and such other attorneys, financial advisors, accountants, other advisors and agents as the Authorized Officer so acting shall deem to be reasonable, advisable, expedient, convenient, proper, or necessary or appropriate; and further

**RESOLVED**, that all lawful actions heretofore taken by any manager or officer of Company LLC, in Company LLC's capacity as the general partner of the Partnership, relating to or in connection with the matters, actions and transactions contemplated by these resolutions, including, without limitation, the execution and delivery of any instruments or other documents as any such manager or officer shall have deemed necessary, proper or advisable, are hereby adopted, ratified, confirmed and approved in all respects; and further

-3-

**RESOLVED**, that the Authorized Officer and any other officers of Company LLC and its counsel be, and each of them hereby is, authorized, empowered and directed (any one of them acting alone), for and in the name and on behalf of the Partnership or Company LLC, in Company LLC's capacity as the general partner of the Partnership, under its seal or otherwise, to take any and all such further action, to pay all such fees and expenses and to do or cause to be done any and all such further things as may in their discretion appear to be reasonable, advisable, expedient, convenient, proper, or necessary or appropriate in order to carry into effect the purposes and intentions of this and each of the foregoing resolutions.

#4399505.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| IN RE: | § | CHAPTER 11 |
|---|---|---|
|  | § |  |
| ASR-8 CENTRE LP, | § | Case No. _____ |
|  | § |  |
| DEBTOR. | § |  |

## LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

|  | (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Name of claim (trade debt, bank Loan, government contract, etc.) | (4) Indicate if claim is contingent unliquidated, disputed, or subject to setoff | (5) Amount of Claim |
|---|---|---|---|---|---|
| 1 | ViewPoint Bank<br>MSC 311<br>2101 Custer Rd.<br>Plano, TX 75075 | ViewPoint Bank<br>MSC 311<br>2101 Custer Rd.<br>Plano, TX 75075 |  |  | $105,750.88 |
| 2 | Side Pocket Sports Bar, Inc.<br>2323 Long Reach Dr., Apt. 9109<br>Sugar Land, TX 77478 | Side Pocket Sports Bar<br>2323 Long Reach Dr.,<br>Apt. 9109<br>Sugar Land, TX 77478 |  |  | $6,560.00 |
| 3 | Republic Services, Inc.<br>0554 Tanner Rd<br>Houston, TX 77041 | Republic Services, Inc.<br>10554 Tanner Rd<br>Houston, TX 77041 |  |  | $5,700.90 |
| 4 | American Spectrum Management Group, Inc.<br>19100 Von Karman Ave., Ste 900<br>Irvine, CA 92612 | American Spectrum Management<br>2401 Fountain View Dr. #750, Houston, TX 77057 |  |  | $2,000.00 |
| 5 | Wilson, Cribbs & Goren, PC<br>2500 Fannin St.<br>Houston TX 77002 | Wilson Cribss & Goren<br>2500 Fannin St.<br>Houston TX 77002 |  |  | $1,069.00 |
| 6 | Aqua Texas, Inc.<br>762 W. Lancaster Avenue<br>Bryn Mawr, PA 19010-3489 | Aqua Texas, Inc.<br>762 W. Lancaster Avenue<br>Bryn Mawr, PA 19010-3489 |  |  | $1,000.00 |
| 7 | AP Gas & Electric Energy Solutions<br>PO Box 660038<br>Houston, TX 75266-0038 | AP Gas & Electric Energy Solutions<br>PO Box 660038<br>Houston, TX 75266-0038 |  |  | $788.12 |

|    | (1) | (2) | (3) | (4) | (5) |
|----|-----|-----|-----|-----|-----|
| 8  | Gemini Plumbing, Inc.<br>6989 W. Little York.<br>Suite S<br>Houston, TX 77040 | Gemini Plumbing, Inc.<br>6989 W. Little York. Suite S, Houston, TX 77040 | | | $106.57 |
| 9  | David and Ivory Ministries, Inc.<br>4728 Gunter St.<br>Houston, TX 77020 | David and Ivory Ministries, Inc<br>4728 Gunter St.<br>Houston, TX 77020 | | | $400.00 |
| 10 | O.R. Design Inc.<br>P.O. Box 1456<br>Alief, TX 77411 | O.R. Design Inc.<br>P.O. Box 1456<br>Alief, TX 77411 | | | $331.39 |
| 11 | Gregory J. Dalton, P.C.<br>Attorney at Law<br>PO Box 109<br>Katy, TX 77492 | Gregory J. Dalton<br>PO Box 109<br>Katy, TX 77492 | | | $200.00 |
| 12 | LoopNet Inc.<br>1801 W. Olympic Blvd.<br>Pasadena CA 91199-1054 | LoopNet Inc.<br>File 1054<br>1801 W. Olympic Blvd.<br>Pasadena, CA 91199 | | | $137.10 |
| 13 | CoStar Realty Information Inc.<br>PO Box 791123<br>Baltimore, MD 21279-1123 | CoStar Realty Information Inc. PO Box 791123, Baltimore, MD 21279 | | | $122.00 |
| 14 | Mike Sullivan, Tax Assessor-Collector<br>PO Box 4622<br>Houston, TX 77210-4622 | Mike Sullivan<br>PO Box 4622<br>Houston, TX 77210 | | | $113.46 |
| 15 | Abraham Torres<br>2401 Fountain View Dr.<br>#750<br>Houston, TX 77057 | Abraham Torres<br>2401 Fountain View Dr., #750, Houston, TX 77057 | | | $72.32 |
| 16 | Angus Systems Group, Inc.<br>7000 Central Parkway NE<br>Suite 1460<br>Atlanta, GA 30328 | Angus Systems Group<br>7000 Central Parkway NE<br>Ste 1460, Atlanta, GA 30328 | | | $28.88 |
| 17 | Julian Cardenas<br>2401 Fountain View<br>Suite 750<br>Houston, TX 77057 | Julian Cardenas<br>2401 Fountain View, Ste. 750 Houston, TX 77057 | | | $28.81 |
| 18 | Precision Graphics, Inc.<br>7051 Portwest<br>Suite 130<br>Houston, TX 77024 | Precision Graphics, Inc.<br>7051 Portwest, Ste. 130, Houston, TX 77024 | | | $23.69 |
|    | **TOTAL** | | | | $125,033.12 |

## DECLARATION UNDER PENALTY OF
## PERJURY ON BEHALF OF LIMITED PARTNERSHIP

I, James Hurn, being the sole member of American Spectrum Realty-8 Centre LLC, the general partner of the Debtor in the above-captioned Chapter 11 case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding the 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

By: American Spectrum Realty-8 Centre, LLC. a Delaware limited liability company

By: American Spectrum Realty Operating Partnership, LP, a Delaware limited partnership, its Sole Member

By: American Spectrum Realty, Inc., a Maryland corporation, its General Partner

By: *(signature)*
James Hurn
Vice President and
General Counsel

#4400593.1

3