IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| ASR-8 CENTRE LP, *et al.*[1] | § | Case No. 14-30174 |
| | § | |
| DEBTORS. | § | (*Joint Administration Requested*) |

## VERIFICATION OF CREDITOR MATRIX

I, James Hurn, officer of the general partner of the above named debtors, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

/s/ James Hurn
James Hurn
Officer of the Debtors' general partners,
American Spectrum Realty-8 Centre LLC,
ASR-Parkway One & Two, LLC, and
American Spectrum Realty-Fountainview
Place, LLC

#4400315.1

---

[1] The Debtors in these chapter 11 cases are: (1) ASR-8 Centre LP; (2) ASR-Parkway One & Two, LP; and (3) ASR-Fountainview Place LP.

AP Gas & Electric Energy Solutions
PO Box 660038
Houston, TX 75266-0038

Abraham Torres
2401 Fountain View Drive #750
Houston, TX 77057

American Spectrum Management
Group, Inc.
2401 Fountain View Dr. #750
Houston, TX 77057

Amtech Elevator Service
PO Box 730437
Dallas, TX 75373-0437

Angus Systems Group, Inc.
7000 Central Parkway NE
Suite 1460
Atlanta, GA 30328

Aqua Texas, Inc
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

AT&T
P.O. BOX 105414
Atlanta, GA 30348-5414

AT&T
P.O. Box 5001
Carol Stream, IL 60197

A/W Mechanical Services, L.P.
P. O. Box 1421
Houston, TX 77008

Brown Electric Inc.
4544 S. Pinemont, Ste. 200
Houston, TX 77041

CBRE, Inc.
15531 Collection Centre Dr.
Location Code 2605
Chicago, IL 60693

CenterPoint Energy
P. O. Box 4981
Houston, TX 77210-4981

Chem-Aqua, Inc.
P.O. Box 971269
Dallas, TX 75397-1269

City of Houston
P.O. Box 1560
Houston, TX 77251

Classic Protection Systems, Inc.
1648 W. Sam Houston Pkwy N
Houston, TX 77043

CoStar Realty Information Inc.
PO Box 791123
Baltimore, MD 21279-1123

Covens Interior Plants, Inc
5868 Westheimer Rd., Ste 552,
Houston, TX 77057-5641

CresaPartners Houston
5599 San Felipe, Ste. 500
Houston, TX 77056

David and Ivory Ministries, Inc.
4728 Gunter St.
Houston, TX 77020

Design Brokers Inc.
2055 Silber Road, Suite 110,
Houston, TX 77055

Elliott Wellman, LLP
810 Jackson St.
Richmond, TX 77469

FastSigns West Houston
10612 Westheimer
Houston, TX 77042

Fresh Air Air Conditioning & Heating
5702 Power Line Road
Richmond, TX 77469

Gemini Plumbing Inc.
6989 W Little York, Ste. S
Houston, TX 77040

George Bradley
3807 Purdue
Houston, TX 77005

Gowan, Inc.
5550 Airline Drive
Houston, TX 77076

Gregory J. Dalton PC
Attorney at Law
PO Box 109
Katy, TX 77492

Gustavo Sepulveda
4238 Hawk Meadow
Katy, TX 77449

HD Supply Facilities Maintenance, LTD.
P.O. Box 509058
San Diego, CA 92150-9058

Houston Site Acquisitions, Inc.
312 Main Street, Suite 200
Houston, TX 77002

Innovative Skylights & Attics
5829 W. Sam Houston Pkwy N. #801
Houston, TX 77041

Jeffrey Chad Russo
301 W. Castlewood
Friendswood, TX 77546

Jobing.Com
4747 N. 22nd St.
Phoenix, AZ 85016

Johnson Controls
PO Box 730068
Dallas, TX 75373-0068

Julian Cardenas
2401 Fountain View, Ste. 750
Houston, TX 77057

Kings III Emergency Communications
751 Canyon Dr. Ste 100
Coppell, TX 75019

Local Initiatives Support Corp.
501 Seventh Ave.
New York, NY 10018

LoopNet Inc.
File 1054
1801 W. Olympic Blvd.
Pasadena CA 91199-1054

Lowe's Home Centers, Inc.
1521 North Loop West
Houston, TX 77008

Lynn Mechanical
12802 W. Cypress Pass
Cypress, TX 77429

MB Construction
5706 Coral Ridge Rd.
Houston, TX 77069

Maxicorp Companies LLC
PO Box 79285
Houston TX 77279

Mike Sullivan, Tax Assessor-Collector
PO Box 4622
Houston, TX 77210-4622

O.P. Enterprise Waste Services
DBA Omar Patricia Enterprise Inc,
PO BOX 218684
Houston, TX 77218

O.R. Design Inc.
P.O. Box 1456
Alief, TX 77411-1456

Paradigm Commercial Brokerage
14780 Memorial S-103
Houston, TX 77079

Plant Interscapes Inc.
6436 Babcock Rd.
San Antonio TX 78249-2951

Precision Graphics Inc.
7051 Portwest, Suite 130
Houston TX 77024

Prime Electric Service
5433 Charrin Dr.
Houston, TX 77032-4912

Republic Waste Services Inc.
10554 Tanner Road
Houston, TX 77041

Restoration Services Inc.
PO Box 41069
9810 Fairbanks-North Houston
Houston, TX 77241

Side Pocket Sports Bar Inc.
2323 Long Reach Dr. Apt. 9109
Sugar Land TX 77478

Signmart Ltd. d/b/a Fastsigns
6115 Westheimer
Houston, TX 77057

Starlight Cleaning Service of Houston
P.O. Box 678080
Dallas, TX 75267

Sun Coast Plumbing, Inc.
1204 Missouri
South Houston, TX 77587

ThyssenKrupp Elevator Corporation
P O Box 933013
Atlanta, GA 31193-3013

ViewPoint Bank
MSC 311
2101 Custer Rd.
Plano, TX 75075

Wilson Cribbs & Goren PC
2500 Fannin St.
Houston, TX 77002

Parkway I & II VPL, LLC
c/o Munsch Hardt Kopf & Harr, PC
Attn: Steven A. Caufield
500 N. Akard St.
Dallas, TX 75201

Fountain View VPL, LLC
c/o Munsch Hardt Kopf & Harr, PC
Attn: Steven A. Caufield
500 N. Akard St.
Dallas, TX 75201

NW Spectrum VPL, LLC
c/o Munsch Hardt Kopf & Harr, PC
Attn: Steven A. Caufield
500 N. Akard St.
Dallas, TX 75201