B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of Texas

In re: **ASR - Fountainview Place LP**   Case No. **14-30175**
Debtor(s)   Chapter **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $2,585,006.82 | 2012 Revenues |
| $2,780,157.67 | 2013 Revenues |
| $197,296.14 | 2014 - Revenues January 1 through January 6 |

### 2. Income other than from employment or operation of business

None ■   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT   SOURCE

B7 (Official Form 7) (04/13)

### 3. Payments to creditors

**None** ■   *Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ☐   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Adolfo Garcia | 1/2/2014 | $24.44 | $0.00 |
| American Spectrum Management Group Inc. | 12/18/2013 | $8,358.79 | $0.00 |
| ANDREA SCHUTTER | 1/2/2014 | $230.00 | $0.00 |
| AT&T | 11/7/2013 | $147.73 | $0.00 |
| Builders Gypsum Supply | 10/11/2013 | $657.30 | $0.00 |
| Chem-Aqua, Inc. | 1/2/2014 | $432.96 | $0.00 |
| City of Houston | 12/13/2013 | $317.14 | $0.00 |
| Classic Protection Systems, Inc. | 11/4/2013 | $3,790.07 | $0.00 |
| Covens Interior Plants, Inc | 11/4/2013 | $337.76 | $0.00 |
| Flavio Rodriguez | 1/2/2014 | $48.21 | $0.00 |
| Jan Electric Contractors. Inc. | 11/26/2013 | $4,499.46 | $0.00 |
| Kings III Emergency Communic | 12/5/2013 | $956.93 | $0.00 |
| Kings III of America, Inc. | 12/5/2013 | $588.88 | $0.00 |
| Kirk Graham | 11/5/2013 | $694.02 | $0.00 |

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Kirk Graham** | 1/2/2014 | $637.99 | $0.00 |
| **Lynn Mechanical** | 12/3/2013 | $324.75 | $0.00 |
| **Republic Services, Inc.** | 1/2/2014 | $3,423.03 | $0.00 |
| **Ricardo Revelo** | 1/2/2014 | $437.66 | $0.00 |
| **Sherwin Williams** | 11/5/2013 | $241.21 | $0.00 |
| **Xpress Business Products, Inc.** | 1/2/2014 | $89.65 | $0.00 |
| **AT&T** | 10/8/2013 | $255.92 | $0.00 |
| **AT&T** | 10/28/2013 | $201.15 | $0.00 |
| **AT&T** | 10/28/2013 | $243.08 | $0.00 |
| **AT&T** | 11/15/2013 | $155.48 | $0.00 |
| **AT&T** | 11/18/2013 | $155.48 | $0.00 |
| **AT&T** | 11/26/2013 | $199.13 | $0.00 |
| **AT&T** | 12/4/2013 | $241.65 | $0.00 |
| **AT&T** | 1/2/2014 | $170.81 | $0.00 |
| **AT&T** | 1/2/2014 | $175.61 | $0.00 |
| **AT&T** | 1/2/2014 | $214.20 | $0.00 |
| **AT&T** | 1/2/2014 | $78.46 | $0.00 |
| **AT&T** | 1/2/2014 | $241.56 | $0.00 |
| **AT&T** | 1/2/2014 | $25.72 | $0.00 |
| **AT&T** | 1/2/2014 | $200.88 | $0.00 |
| **CenterPoint Energy** | 11/18/2013 | $50.81 | $0.00 |
| **CenterPoint Energy** | 11/18/2013 | $152.69 | $0.00 |
| **City of Houston** | 11/15/2013 | $5,128.31 | $0.00 |
| **City of Houston** | 12/2/2013 | $8,119.37 | $0.00 |

B7 (Official Form 7) (04/13)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **City of Houston** | 1/2/2014 | $4,298.93 | $0.00 |
| **Design Brokers Inc.** | 10/10/2013 | $4,135.15 | $0.00 |
| **Design Brokers Inc.** | 10/10/2013 | $5,631.17 | $0.00 |
| **Oscar Quintanilla** | 10/8/2013 | $29.94 | $0.00 |
| **Oscar Quintanilla** | 12/18/2013 | $1,220.21 | $0.00 |
| **Oscar Quintanilla** | 12/27/2013 | $395.64 | $0.00 |
| **Oscar Quintanilla** | 1/3/2014 | $62.99 | $0.00 |
| **Starlight Cleaning Service of Houston** | 11/5/2013 | $8,458.21 | $0.00 |
| **Starlight Cleaning Service of Houston** | 11/15/2013 | $8,458.21 | $0.00 |
| **Starlight Cleaning Service of Houston** | 12/5/2013 | $15,859.34 | $0.00 |

None ☐    c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached A: Fountainview I/C** | | $0.00 | $0.00 |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **EMCOR GOWAN INC vs. AMERICAN SPECTRUM REALTY INC**<br>Docket #201364996 | **Breach of Contract** | **Harris County, Texas** | **Active-Civil** |
| **NELFREDO INC (D/B/A ALFRED PAINTING & CARPET CLEAN) vs ICON BANK OF TEXAS**<br>Docket #201168783A | **Garnishment After Judgment** | **Harris County, Texas** | **Active-Civil** |
| **ASR FOUNTAINVIEW PLACE L P vs. HARRIS COUNTY APPRAISAL DISTRICT**<br>Docket # | **Appeal Appraisal Board** | **Harris County, Texas** | **Ready Docket** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

**None** ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

**None** ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

**None** ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

**None** ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

**None** ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)

### 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bracewell & Giuliani** | **10/31/13** | **$50,000 Retainer** |

### 10. Other transfers

None ☐  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Fountainview VPL, LLC**<br>**c/o Munsch Hardt Kopf & Karr, P.C.**<br>**3800 Lincoln Plaza**<br>**500 N. Akard St.**<br>**Dallas, TX 75201** | **October 2013** | **Notes on Fountainview Place** |
| **Viewpoint Bank** | **April 2013** | **Notes on Fountainview Place** |

None ■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Icon Bank**<br>**7908 North Sam Houston Parkway**<br>**#100**<br>**Houston, TX 77064** | **DDA Account ending #0805** | **$221,754.30 2/7/14** |

B7 (Official Form 7) (04/13)

### 12. Safe deposit boxes

None ☐ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **JPMorganChaseBank, NA**<br>**401 Madison Avenue**<br>**New York, NY** | **Fountainview VPL, LLC**<br>**c/o Munsch Hardt Kopf & Harr, P.C.**<br>**3800 Lincoln Plaza, 500 N. Akard St.**<br>**Dallas, Texas 75201**<br>**Attn: Steven A. Caufield** | **Rents Received** | |

### 13. Setoffs

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

B7 (Official Form 7) (04/13)

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18. Nature, location and name of business

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

B7 (Official Form 7) (04/13)

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Gus Anthony Eppolito (Former CFO) | 2000 - October 2, 2013 |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| EEPB, P.C. | 1333 West Loop South<br>Houston, TX 77027 | 2012-2013 |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| EEPB, P.C. | 1333 West Loop South<br>Houston, TX 77027 |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Viewpoint Bank<br>2101 Custer Road<br>Plano, TX 75075 | January 2013 |
| Hartside Holdings, LLC<br>6161 Savoy Drive<br>Suite 500<br>Houston, TX 77036 | February 2013 |

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21. Current Partners, Officers, Directors and Shareholders

None ☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| American Spectrum Realty-<br>Fountainview Place, LLC<br>5850 San Felipe, Suite 450<br>Houston, TX 77057 | General Partner | 1% |
| American Spectrum Realty-<br>Operating Partnership, LP<br>7700 Irvine Centre Drive, Suite 555<br>Irvine, CA 92618 | Limited Partner | 99% |

B7 (Official Form 7) (04/13)

**None** ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22. Former partners, officers, directors and shareholders

**None** ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

**None** ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23. Withdrawals from a partnership or distributions by a corporation

**None** ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

**None** ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

**None** ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

\* \* \* \* \* \*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _11 FEBRUARY 2014_     Signature _/s/ James L. Hurn_
James L. Hurn
Vice President & General Counsel

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

In re   **ASR - Fountainview Place LP**                              Case No.   **14-30175**

Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS
### Attachment A

| Date | Person/Description | Reference | Debit | Credit |
|---|---|---|---|---|
| | **Interco - Operations** | | | |
| | **I/C 50120/Fountainview Office Park** | | | |
| 1/7/2013 | trsf from 50120 to asrop-51698 | | 25,000.00 | 0.00 |
| 1/10/2013 | trsf to asrp-51698 from prop50120 | | 50,000.00 | 0.00 |
| 1/10/2013 | trsf from 50120 to asrop-51698 | | 13,000.00 | 0.00 |
| 1/14/2013 | funding to asrop | | 12,000.00 | 0.00 |
| 1/14/2013 | funding from 50120 to asrop | | 20,000.00 | 0.00 |
| 1/28/2013 | funding from asrop | | 0.00 | 1,500.00 |
| 1/31/2013 | January Health fees for Houston owns | | 0.00 | 740.12 |
| 2/1/2013 | American Spectrum Realty, Inc. (t0042242) | :Post | 17,363.23 | 0.00 |
| 2/5/2013 | funding from 50120 to asrop | | 20,000.00 | 0.00 |
| 2/6/2013 | trf from 50120 to 50195 bank error | | 1,355.00 | 0.00 |
| 2/7/2013 | 2/7/13 TFR 50120 to ASROP | Funds Transfer | 20,000.00 | 0.00 |
| 2/8/2013 | funding to asrop | | 10,000.00 | 0.00 |
| 2/8/2013 | 1/31/13 Management Fee | | 0.00 | 7,328.00 |
| 2/8/2013 | February Health fees for Houston owns | | 0.00 | 740.12 |
| 2/11/2013 | funding to asrop | | 40,000.00 | 0.00 |
| 2/13/2013 | 2/13/13 TFR 50120 to ASROP | Funds Transfer | 35,000.00 | 0.00 |
| 2/13/2013 | 02/15/13 Payroll for Houston owns | | 0.00 | 6,210.93 |
| 2/14/2013 | 2/14/13 TFR 50120 to ASROP | Funds Transfer | 11,000.00 | 0.00 |
| 2/20/2013 | 02/28/13 Payroll for Houston owns | | 0.00 | 3,608.74 |
| 2/21/2013 | funding to asrop | | 8,000.00 | 0.00 |
| 2/25/2013 | 2/28/13 Management Fee | | 0.00 | 7,328.00 |
| 2/26/2013 | funding to asrop from 50120 | | 7,000.00 | 0.00 |
| 2/28/2013 | 2/28/13 TFR 50120 to ASROP | Wire Transfer | 4,200.00 | 0.00 |
| 2/28/2013 | reverse entry made in error 216344 | | 0.00 | 1,355.00 |
| 3/1/2013 | American Spectrum Realty, Inc. (t0042242) | :Post | 17,363.23 | 0.00 |
| 3/5/2013 | 3/5/13 TFR 50120 to ASROP | Funds Transfer | 30,000.00 | 0.00 |
| 3/6/2013 | funding to asrop | | 60,000.00 | 0.00 |
| 3/11/2013 | 03/15/13 Payroll | | 0.00 | 1,478.97 |
| 3/11/2013 | 03/15/13 Payroll | | 0.00 | 1,309.35 |
| 3/13/2013 | 3/13/13 TFR 50120 to ASROP | Funds Transfer | 40,000.00 | 0.00 |
| 3/15/2013 | 3/15/13 TFR 50120 to ASROP | Funds Transfer | 20,000.00 | 0.00 |
| 3/18/2013 | 3/18/13 TFR 50120 to ASROP | Funds Transfer | 4,100.00 | 0.00 |
| 3/22/2013 | March Health fees for Houston owns | | 0.00 | 740.12 |
| 3/25/2013 | funding to asrop | | 5,000.00 | 0.00 |
| 3/26/2013 | 03/31/13 Payroll | | 0.00 | 1,500.07 |
| 3/26/2013 | 03/31/13 Payroll | | 0.00 | 3,406.69 |
| 3/31/2013 | NW Spectrrum Loan Refinance - Icon Bank | NW | 0.00 | 479,604.01 |

| Date | Description | Memo | Debit | Credit |
|---|---|---|---|---|
| 4/1/2013 | American Spectrum Realty, Inc. (t0042242) | Spectrum-Refinance :Post | 17,363.23 | 0.00 |
| 4/4/2013 | 4/4/13 TFR 50120 to ASROP | Funds Transfer | 100,000.00 | 0.00 |
| 4/5/2013 | 4/5/13 TFR 50120 to ASROP | Funds Transfer | 26,000.00 | 0.00 |
| 4/8/2013 | 4/8/13 TFR ASROP to 50120 | Funds Transfer | 0.00 | 13,000.00 |
| 4/9/2013 | 04/15/13 Payroll | | 0.00 | 1,486.21 |
| 4/9/2013 | 04/15/13 Payroll | | 0.00 | 2,894.51 |
| 4/11/2013 | 4/30/13 Management Fee | | 0.00 | 7,328.00 |
| 4/11/2013 | 4/11/13 TFR 50120 to ASROP | Funds Transfer | 13,000.00 | 0.00 |
| 4/19/2013 | 4/19/13 TFR 50120 to ASROP | Funds Transfer | 5,000.00 | 0.00 |
| 4/26/2013 | 04/30/13 Payroll | | 0.00 | 159.97 |
| 4/26/2013 | 04/30/13 Payroll | | 0.00 | 3,152.96 |
| 4/26/2013 | April Health fees for Houston owns | | 0.00 | 740.12 |
| 4/29/2013 | 4/29/13 TFR 50120 to ASROP | Funds Transfer | 13,000.00 | 0.00 |
| 4/30/2013 | 4/30/13 TFR 50120 to ASROP | Funds Transfer | 10,000.00 | 0.00 |
| 5/1/2013 | American Spectrum Realty, Inc. (t0042242) | :Post | 17,363.23 | 0.00 |
| 5/3/2013 | 5/3/13 TFR 50120 to ASROP | Funds Transfer | 24,000.00 | 0.00 |
| 5/7/2013 | 5/7/13 TFR 50120 to ASROP | Funds Transfer | 70,000.00 | 0.00 |
| 5/10/2013 | 05/15/13 Payroll | | 0.00 | 1,482.35 |
| 5/10/2013 | 05/15/13 Payroll | | 0.00 | 4,775.55 |
| 5/10/2013 | 5/31/13 Management Fee | | 0.00 | 7,328.00 |
| 5/10/2013 | 5/10/13 TFR 50120 to ASROP | Funds Transfer | 18,000.00 | 0.00 |
| 5/14/2013 | May Health fees for Houston owns | | 0.00 | 596.19 |
| 5/24/2013 | 5/24/13 TFR 50120 to ASMG | Funds Transfer | 29,000.00 | 0.00 |
| 5/28/2013 | | | 0.00 | 1,686.86 |
| 5/28/2013 | | | 0.00 | 5,327.37 |
| 6/1/2013 | American Spectrum Realty, Inc. (t0042242) | :Post | 17,363.23 | 0.00 |
| 6/7/2013 | fund from 50120 to asmg | I/P transfer | 100,000.00 | 0.00 |
| 6/7/2013 | tfr from asmg t9 50120 | tfr from asmg t9 50120 | 0.00 | 26,000.00 |
| 6/11/2013 | 6/30/13 Management Fee | | 0.00 | 7,328.00 |
| 6/12/2013 | 06/15/13 Payroll | | 0.00 | 1,481.80 |
| 6/12/2013 | 06/15/13 Payroll | | 0.00 | 7,048.16 |
| 6/12/2013 | 6/12/13 TFR ASMG to 50120 | Funds Transfer | 0.00 | 14,000.00 |
| 6/17/2013 | June Health fees for Houston owns | | 0.00 | 1,105.03 |
| 6/25/2013 | 06/30/13 Payroll | | 0.00 | 1,463.57 |
| 6/25/2013 | 06/30/13 Payroll | | 0.00 | 3,243.36 |
| 6/27/2013 | 6/27/13 TFR ASMG to 50120 | Funds Transfer | 0.00 | 1,700.00 |
| 6/28/2013 | C & S Janitorial Services, Inc. (csjser68) | 6282013-1 | 0.00 | 11,759.32 |
| 7/1/2013 | American Spectrum Realty, Inc. (t0042242) | :Post | 17,363.23 | 0.00 |
| 7/5/2013 | 7/5/13 TFR 50120 to ASMG | Funds Transfer | 15,000.00 | 0.00 |
| 7/5/2013 | 7/5/13 TFR 50120 to ASROP | Funds Transfer | 10,000.00 | 0.00 |
| 7/8/2013 | 7/8/13 TFR 50160 to 50120 | Funds Transfer | 0.00 | 5,000.00 |
| 7/8/2013 | 7/8/13 TFR 30600 to 50120 | Funds Transfer | 0.00 | 1,700.00 |
| 7/8/2013 | 7/8/13 TFR ASMG to 50120 | Funds Transfer | 0.00 | 42,000.00 |
| 7/8/2013 | 7/8/13 TFR ASMG to 50120 | Funds Transfer | 0.00 | 6,300.00 |
| 7/8/2013 | 7/8/13 TFR ASMG to 50120 | Funds Transfer | 0.00 | 3,019.29 |

| Date | Description | Memo | Debit | Credit |
|---|---|---|---|---|
| 7/8/2013 | 7/8/13 TFR ASMG to 50120 | Funds Transfer | 0.00 | 1,342.32 |
| 7/8/2013 | 7/8/13 TFR ASMG to 50120 | Funds Transfer | 0.00 | 12,000.00 |
| 7/8/2013 | 7/8/13 TFR ASMG to 50120 | Funds Transfer | 0.00 | 4,500.00 |
| 7/9/2013 | 7/9/13 TFR 50120 to ASROP | Funds Transfer | 10,000.00 | 0.00 |
| 7/10/2013 | 07/15/13 Payroll | | 0.00 | 1,480.76 |
| 7/10/2013 | 07/15/13 Payroll | | 0.00 | 3,953.15 |
| 7/11/2013 | 7/11/13 TFR ASROP to 50120 | Funds Transfer | 0.00 | 1,000.00 |
| 7/15/2013 | 7/15/13 TFR ASRIS to 50120 | Funds Transfer | 0.00 | 1,700.00 |
| 7/16/2013 | July Health fees for Houston owns | | 0.00 | 1,105.03 |
| 7/24/2013 | 07/31/13 Payroll | | 0.00 | 1,495.64 |
| 7/24/2013 | 07/31/13 Payroll | | 0.00 | 2,631.51 |
| 7/26/2013 | 7/31/13 Management Fee | | 0.00 | 7,328.00 |
| 7/30/2013 | 7/30/13 TFR ASRIS to 50120 | Funds Transfer | 0.00 | 1,000.00 |
| 8/1/2013 | American Spectrum Realty, Inc. (t0042242) | :Post | 17,363.23 | 0.00 |
| 8/6/2013 | July Health fees for Houston owns | July Cigna True Up | 0.00 | 296.27 |
| 8/9/2013 | 8/9/13 TFR 50120 to ASROP | Funds Transfer | 59,000.00 | 0.00 |
| 8/12/2013 | 8/12/13 TFR 50170 to 50120 | Funds Transfer | 0.00 | 2,900.00 |
| 8/19/2013 | 8/19/13 TFR ASROP to 50120 | Funds Transfer | 0.00 | 1,100.00 |
| 8/22/2013 | 8/22/13 TFR ASROP to 50120 | Funds Transfer | 0.00 | 1,100.00 |
| 8/27/2013 | 08/31/13 Payroll | | 0.00 | 1,608.67 |
| 8/27/2013 | 08/31/13 Payroll | | 0.00 | 10,917.07 |
| 8/27/2013 | 8/31/13 Management Fee | | 0.00 | 7,328.00 |
| 8/29/2013 | 8/29/13 TFR 50120 to ASMG-PAY | Funds Transfer | 11,450.00 | 0.00 |
| 8/30/2013 | record I/C tranfers | | 0.00 | 170.00 |
| 9/1/2013 | American Spectrum Realty, Inc. (t0042242) | :Post | 17,363.23 | 0.00 |
| 9/3/2013 | record 9/3 ransfer from 50120 to asrm | | 1,500.00 | 0.00 |
| 9/4/2013 | record 9/4/13 transfers | | 500.00 | 0.00 |
| 9/4/2013 | record 9/4/13 transfers | | 4,150.00 | 0.00 |
| 9/5/2013 | transfer from 50150, 50175, 50120 and 50175 to ASMG | | 5,000.00 | 0.00 |
| 9/6/2013 | record 9/6 transfer | | 12,250.00 | 0.00 |
| 9/6/2013 | record 9/6 transfer | | 10,210.02 | 0.00 |
| 9/6/2013 | record 9/6 transfer | | 700.00 | 0.00 |
| 9/6/2013 | record 9/6 transfer | | 2,900.00 | 0.00 |
| 9/9/2013 | fund transfer of 9/9/13 | | 50,000.00 | 0.00 |
| 9/10/2013 | record 9/10/13 transfer from 50120 to asrm | | 3,500.00 | 0.00 |
| 9/10/2013 | record 9/10 transfers | | 30,000.00 | 0.00 |
| 9/10/2013 | record 9/10 transfers | | 2,500.00 | 0.00 |
| 9/11/2013 | record transfers from asmg to 50120,50180 and asrop | | 0.00 | 1,500.00 |
| 9/11/2013 | 09/11/13 Payroll | | 0.00 | 1,372.94 |
| 9/11/2013 | 09/11/13 Payroll | | 0.00 | 5,145.73 |
| 9/16/2013 | record 9/16 transfers | | 0.00 | 840.00 |
| 9/19/2013 | transfer from 50120 to 50170 | | 2,000.00 | 0.00 |
| 9/26/2013 | record transfer from 50120 to PCS, 50190 & 50175 | | 150.00 | 0.00 |
| 9/26/2013 | record transfer from 50120 to PCS, 50190 & 50175 | | 50.00 | 0.00 |
| 9/26/2013 | record transfer from 50120 to PCS, 50190 & 50175 | | 320.00 | 0.00 |

| Date | Description | | Debit | Credit |
|---|---|---|---:|---:|
| 9/27/2013 | 09/30/13 Payroll | | 0.00 | 1,247.05 |
| 9/27/2013 | 09/30/13 Payroll | | 0.00 | 3,010.87 |
| 10/1/2013 | American Spectrum Realty, Inc. (t0042242) | :Post | 17,363.23 | 0.00 |
| 10/2/2013 | | | 120.00 | 0.00 |
| 10/2/2013 | Transfer from 50120 to 50221 | | 790.00 | 0.00 |
| 10/2/2013 | transfer from 50120 to 50180 | | 870.00 | 0.00 |
| 10/4/2013 | transfer from 50120 to 30600 | | 720.00 | 0.00 |
| 10/7/2013 | cash transfers 10/7/13 | | 400.00 | 0.00 |
| 10/10/2013 | transfer from 50120-50160 | | 850.00 | 0.00 |
| 10/11/2013 | 10/15/13 Payroll | | 0.00 | 1,320.52 |
| 10/11/2013 | 10/15/13 Payroll | | 0.00 | 2,963.98 |
| 10/24/2013 | Transfer from 50120 to PCS | | 2,350.00 | 0.00 |
| 10/28/2013 | 10/31/13 Payroll | | 0.00 | 1,319.79 |
| 10/28/2013 | 10/31/13 Payroll | | 0.00 | 5,465.17 |
| 10/31/2013 | B&G legal fee -8 Center/2401 Fountain View/Sam Houston Properties | | 0.00 | 16,667.00 |
| 10/31/2013 | View Point Loan Legal Fees to Faubus Keller/30300/50120/50150-50170 | | 0.00 | 3,334.00 |
| 10/31/2013 | Aug, Sept, Oct. Health Insurance Fees | | 0.00 | 2,220.36 |
| 11/1/2013 | American Spectrum Realty, Inc. (t0042242) | :Post | 17,363.23 | 0.00 |
| 11/13/2013 | 11/15 payroll | | 0.00 | 10,340.41 |
| 11/22/2013 | 11/30 payroll expenses | | 0.00 | 5,343.21 |
| 11/30/2013 | Nov. Health Insurance Fees | | 0.00 | 740.12 |
| 12/1/2013 | American Spectrum Realty, Inc. (t0042242) | :Post | 17,363.23 | 0.00 |
| 12/11/2013 | 12/13 payroll expenses | | 0.00 | 4,298.20 |
| 12/11/2013 | payroll transfer from view point prop | | 4,298.20 | 0.00 |
| 12/23/2013 | 12/30 payroll expenses | | 0.00 | 4,880.92 |
| 12/30/2013 | 12/30 payroll | | 4,880.92 | 0.00 |
| 12/31/2013 | Dec. Health Insurance Fees | | 0.00 | 740.12 |
| 1/1/2014 | American Spectrum Realty, Inc. (t0042242) | :Post | 17,363.23 | 0.00 |

**I/C 50125/2620-2630 Fountainview**

| Date | Description | | Debit | Credit |
|---|---|---|---:|---:|
| 2/11/2013 | correct deposit error | :Reversed by 218813 | 0.00 | 600.00 |
| 3/1/2013 | correct deposit error | :Reversal of 218812 | 600.00 | 0.00 |

**I/C 50150/888 W. Sam Houston**

| Date | Description | Debit | Credit |
|---|---|---:|---:|
| 1/4/2013 | trsf from asrop-51698 to prop 50120 | 0.00 | 8,300.00 |
| 9/17/2013 | | 110.00 | 0.00 |
| 9/17/2013 | | 320.00 | 0.00 |
| 9/17/2013 | | 1,050.00 | 0.00 |
| 9/17/2013 | | 350.00 | 0.00 |
| 9/17/2013 | | 1,900.00 | 0.00 |
| 10/1/2013 | Zero-out effect: Correcting JE: 247593, Batch: 91456(On 09/25), The Continuing correct JE is the Second JE. | 0.00 | 100.00 |

**I/C 50160/5450 NW Central**

| Date | Description | Debit | Credit |
|---|---|---:|---:|
| 10/9/2013 | Transfer from 50120 to 50160 | 13,400.00 | 0.00 |

| Date | Description | Memo | Debit | Credit |
|---|---|---|---|---|
| | **I/C 50180/8100 Washington** | | | |
| 10/3/2013 | Transfer from 50120 to 50180 | | 12,000.00 | 0.00 |
| | **I/C 50195/2401 Fountainview** | | | |
| 7/5/2013 | 7/5/13 TFR 50120 to 50195 | Funds Transfer | 10,000.00 | 0.00 |
| 10/16/2013 | transfer from 50195-50120 | | 0.00 | 800.00 |
| | **I/C 50210/1501 Mockingbird** | | | |
| 3/19/2013 | 3/19/13 TFR ASROP to 50210 | Funds Transfer | 0.00 | 5,300.00 |
| 3/19/2013 | Correct entry s/b 50120 | | 5,300.00 | 0.00 |
| 3/19/2013 | Correct entry s/b 50120 | | 0.00 | 5,300.00 |
| 3/19/2013 | Correct 3/19 TFR on 50120 | | 5,300.00 | 0.00 |
| 10/1/2013 | Zero-out effect: Correcting JE: 247593, Batch: 91456(On 09/25), The Continuing correct JE is the Second JE. | | 100.00 | 0.00 |
| | **I/C ASRM LLC** | | | |
| 8/1/2013 | AP Gas & Electric Energy Solutions (affpow66) | rev2 | 0.00 | 543,290.01 |
| 9/13/2013 | record 9/13 transfers | | 1,800.00 | 0.00 |
| 10/4/2013 | | | 120.00 | 0.00 |
| | **I/C 0003/ASR Operating Partnership** | | | |
| 10/4/2013 | transfer from 50150 to ASROP | | 10,000.00 | 0.00 |
| 10/4/2013 | | | 5,000.00 | 0.00 |
| 10/16/2013 | Transfer from 50120 to asrop-op | | 800.00 | 0.00 |
| 10/22/2013 | Transfer from 50120 to ASROP-op | | 4,800.00 | 0.00 |
| 10/29/2013 | transfer from 50120 to asrop-op | | 26,000.00 | 0.00 |
| 10/31/2013 | Transfer from 50120 to asrop | | 8,600.00 | 0.00 |
| | **I/C - ASRA** | | | |
| 10/2/2013 | | | 120.00 | 0.00 |
| | **I/C - ASRIS** | | | |
| 7/30/2013 | 7/30/13 TFR 50120 to ASRIS | Funds Transfer | 16,000.00 | 0.00 |
| 10/8/2013 | Transfer from ASRIS to 50120 | | 0.00 | 2,239.64 |
| | **I/C Premier Lonestar Construction** | | | |
| 10/16/2013 | Transfer from PCS to 50120 | | 0.00 | 500.00 |
| | **I/C - ASMG** | | | |
| 1/9/2013 | 01/15/13 Payroll | | 0.00 | 4,237.50 |
| 1/9/2013 | December Mgmt Fee | | 0.00 | 7,328.00 |
| 1/9/2013 | 01/15/13 Payroll & Dec MF | | 11,565.50 | 0.00 |
| 1/28/2013 | 01/31/13 Payroll | | 0.00 | 4,657.44 |
| 1/28/2013 | 01/31/13 Payroll | | 4,657.44 | 0.00 |
| 5/28/2013 | 5/28/13 TFR 50120 to ASMG-PAY | Funds Transfer | 1,500.00 | 0.00 |
| 5/28/2013 | 5/28/13 TFR 50120 to ASMG-PAY | Funds Transfer | 400.00 | 0.00 |
| 5/29/2013 | 5/29/13 TFR 50120 to ASMG-PAY | Funds Transfer | 8,800.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| 6/4/2013 | 6/4/13 TFR 50120 to ASMG | Funds Transfer | 15,000.00 | 0.00 |
| 6/6/2013 | 6/6/13 TFR 50120 to ASMG | Funds Transfer | 9,000.00 | 0.00 |
| 6/11/2013 | 6/11/13 TFR 50120 to ASMG | Funds Transfer | 28,000.00 | 0.00 |
| 6/26/2013 | 6/26/13 TFR 50120 to ASMG | Funds Transfer | 4,000.00 | 0.00 |
| 6/28/2013 | 6/28/13 TFR 50120 to ASMG | Funds Transfer | 7,000.00 | 0.00 |
| 7/2/2013 | 7/2/13 TFR 50120 to ASMG-PAY | Funds Transfer | 5,000.00 | 0.00 |
| 7/3/2013 | 7/3/13 TFR 50120 to ASMG | Funds Transfer | 10,000.00 | 0.00 |
| 7/17/2013 | 7/17/13 TFR 50120 to ASMG | Funds Transfer | 3,500.00 | 0.00 |
| 7/18/2013 | 7/18/13 TFR 50120 to ASMG | Funds Transfer | 64,000.00 | 0.00 |
| 7/22/2013 | 7/22/13 TFR 50120 to ASMG | Funds Transfer | 2,000.00 | 0.00 |
| 7/26/2013 | 7/26/13 TFR 50120 to ASMG-PAY | Funds Transfer | 700.00 | 0.00 |
| 7/30/2013 | 7/30/13 TFR 50120 to ASMG | Funds Transfer | 1,000.00 | 0.00 |
| 7/31/2013 | 7/31/13 TFR 50120 to ASMG | Funds Transfer | 1,500.00 | 0.00 |
| 8/2/2013 | 8/2/13 TFR 50120 to ASMG | Funds Transfer | 6,000.00 | 0.00 |
| 8/6/2013 | 8/6/13 TFR 50120 to ASMG | Funds Transfer | 5,000.00 | 0.00 |
| 8/7/2013 | 8/7/13 TFR 50120 to ASMG | Funds Transfer | 3,500.00 | 0.00 |
| 8/7/2013 | 8/7/13 TFR 50120 to ASMG | Funds Transfer | 20,000.00 | 0.00 |
| 8/8/2013 | 8/8/13 TFR 50120 to ASMG | Funds Transfer | 6,400.00 | 0.00 |
| 8/28/2013 | 8/28/13 TFR 50120 to ASMG-PAY | Funds Transfer | 6,000.00 | 0.00 |
| 9/25/2013 | | | 2,500.00 | 0.00 |
| 9/26/2013 | transfer 50120-asmg payroll | | 1,390.00 | 0.00 |
| 9/27/2013 | transfer from 50120, 50170,50150,50190,50195,30300,0 lockbox accounts to asmg payroll | | 5,000.00 | 0.00 |
| 9/30/2013 | transfer from 50120,50150 and 50180 to ASMG | | 9,000.00 | 0.00 |
| 9/30/2013 | record September manager fees | | 0.00 | 7,328.00 |
| 10/1/2013 | Transfer from 50120 to asmg | | 12,000.00 | 0.00 |
| 10/7/2013 | | | 5,000.00 | 0.00 |
| 10/9/2013 | transfer from 50120 to asmg OP | | 16,700.00 | 0.00 |
| 10/10/2013 | transfer from 50120 to ASMG OP | | 3,100.00 | 0.00 |
| 10/10/2013 | Transfer from 30300,50221,50195,50150,30600,50120,50175,50170,50180,50190, ASRIS, to ASMG payroll | | 40,000.00 | 0.00 |
| 10/15/2013 | transfer from asmg to 50120 | | 1,300.00 | 0.00 |
| 10/16/2013 | transfer from asmg payroll to 50120 | | 0.00 | 300.00 |
| 10/29/2013 | transfer from 50120 to asmg-op | | 500.00 | 0.00 |
| 10/31/2013 | record Oct MF expenses | | 0.00 | 7,328.00 |
| 11/19/2013 | transfer from 50120 to asmg payroll 11/15 payroll | | 10,857.43 | 0.00 |
| 11/27/2013 | record Nov MF expenses | | 0.00 | 7,328.00 |
| 12/4/2013 | 11/30 payroll payment from 50120 | | 5,343.21 | 0.00 |
| 12/31/2013 | record Dec MF expenses | | 0.00 | 7,328.00 |