IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| ASR-8 CENTRE LP, *et al.*[1] | § | Case No. 14-30174 |
| | § | |
| DEBTORS. | § | (*Jointly Administered*) |

### ORDER GRANTING APPLICATION TO RETAIN AND EMPLOY THE CLARO GROUP LLC AS FINANCIAL ADVISOR FOR THE DEBTOR

Upon consideration of the Application (the "Application") to Retain and Employ The Claro Group LLC ("Claro") as Financial Advisor to ASR-8 Centre, LP, ASR-Fountainview Place, LP, and ASR-Parkway One & Two, LP (the "Debtors"); and upon the consideration of the Affidavit of Douglas J. Brickley, a managing director at Claro (the "Affidavit"); and the Court finding that based upon the representations made in the Application and Affidavit, and upon any representations made at the hearing, if any, on the Application; that (i) Claro represents no interest adverse to the Debtors' estates or their creditors with respect to the matters upon which they are to be engaged, (ii) Claro is a "disinterested person" as that term is defined under section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code; and (iii) that the employment of Claro is necessary and is in the best interests of the Debtors' estates; the Court finds after due deliberation and sufficient cause appearing therefore, it is hereby:

**ORDERED** that the Application is granted; and it is further

**ORDERED** that, in accordance with section 327(a) of the Bankruptcy Code, the Debtors are authorized to, and hereby do, retain Claro to represent them in these cases under Chapter 11 of the Bankruptcy Code, effective as of January 29, 2014; and it is further

---

[1] The Debtors in these chapter 11 cases are: (1) ASR-8 Centre LP; (2) ASR-Fountainview Place LP; and (3) ASR-Parkway One & Two, LP.

-2-

**ORDERED** that Claro shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules as may be then applicable, from time to time, and as is applicable to Claro, and under any order entered by this Court for the approval of interim compensation procedures; and it is further

**ORDERED** that this Application is not being approved under section 328(a) of the Bankruptcy Code, and all fees and expenses are subject to review and approval under section 330 of the Bankruptcy Code; and it is further

**ORDERED** that the United States Trustee reserves its right to object to Claro's fees and expenses in this case, including but not limited to, the hourly rate charged; and it is further

**ORDERED** that the United States Trustee further reserves the right to object to Claro's continued employment in this case if the United States Trustee subsequently determines that Claro is not disinterested or holds an interest adverse to the estate.

Dated:_____

_____
UNITED STATES BANKRUPTCY JUDGE