UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CASE NAME: ASR-8 Centre LP
CASE NUMBER: 14-30174
PETITION DATE: 1/6/2014

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH FEBRUARY 2014

| MONTH | January | February | YEAR 2014 |
|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 33,887.46 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -13,698.13 | -8,430.18 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -13,698.13 | -45,845.08 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 3,040.41 | 2,654.33 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 34,109.35 | 16,407.20 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED | | EXP. DATE |
|---|---|---|
| CASUALTY | YES (X) NO ( ) | 6/1/2014 |
| LIABILITY | YES (X) NO ( ) | 6/1/2014 |
| VEHICLE | YES ( ) NO ( ) N/A | |
| WORKER'S | YES (X) NO ( ) | 6/1/2014 |
| OTHER | YES ( ) NO ( ) | |

CIRCLE ONE

Are all accounts receivable being collected within terms? **Yes**
Are all post-petition liabilities, including taxes, being paid within terms? **Yes**
Have any pre-petition liabilities been paid? **No**
If so, describe

Are all funds received being deposited into DIP bank accounts? **Yes**
Were any assets disposed of outside the normal course of business? **No**
If so, describe

Are all U.S. Trustee Quarterly Fee Payments current? **Yes**
What is the status of your Plan of Reorganization?
Goal is to have Plan filed in March

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _____ TITLE: VP & General Counsel
(ORIGINAL SIGNATURE)
James L. Ilgen 20 March 2014
(PRINT NAME OF SIGNATORY)                    DATE

ATTORNEY NAME: William A. (Trey) Wood, III
FIRM NAME: Bracewell & Giuliani LLP
ADDRESS: 711 Louisiana Street, Suite 2300
CITY, STATE, ZIP: Houston, TX 77002-2770
TELEPHONE: 713-223-2300

MOR-1

Notes:

CASE NAME: ASR-8 Centre LP
CASE NUMBER: 14-30174

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* January 6, 2014 | MONTH January | MONTH February | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | |
| Cash | $ 52,486.38 | $ 26,483.09 | $ 38,023.35 | | | | |
| Accounts Receivable, Net | 21,133.03 | 17,180.00 | 36,426.06 | | | | |
| Inventory: Lower of Cost or Market | - | - | | | | | |
| Prepaid Expenses | 12,114.29 | 12,114.29 | 7,433.91 | | | | |
| Investments | - | - | | | | | |
| Other - Lender Escrow | 67,290.99 | 67,290.99 | 67,290.99 | | | | |
| Other - Intercompany Balance | (346,990.42) | (346,990.42) | (348,387.39) | | | | |
| TOTAL CURRENT ASSETS | (193,965.73) | (223,922.05) | (199,213.08) | | | | |
| PROPERTY, PLANT & EQUIP. @ COST | 4,007,941.49 | 4,007,941.49 | 4,007,941.49 | | | | |
| Less Accumulated Depreciation | 789,434.37 | 789,434.37 | 789,434.37 | | | | |
| NET BOOK VALUE OF PP & E | 3,218,507.12 | 3,218,507.12 | 3,218,507.12 | | | | |
| OTHER ASSETS | | | | | | | |
| Net Book Value of Improvements & Related Capitalized Costs | 308,527.48 | 308,527.48 | 308,527.48 | | | | |
| FASB-13 Rent Accounting Adjustment | 172,709.66 | 172,709.66 | 172,709.66 | | | | |
| Deposits | 150.00 | 9,700.00 | 9,700.00 | | | | |
| Receipts Clearing Account | - | - | | | | | |
| TOTAL ASSETS | $ 3,505,928.53 | $ 3,485,522.21 | $ 3,510,231.18 | | | | |

* Per Schedules and Statement of Affairs

MOR-2

Notes:
Property was reflected at estimated market values on Schedules as opposed to Book Value.

CASE NAME: ASR-8 Centre LP
CASE NUMBER: 14-30174

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* January 6, 2014 | MONTH January | MONTH February | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | $ 9,767.20 | $ 23,387.56 | | | | |
| **PRE-PETITION LIABILITIES** | | | | | | | |
| Notes Payable - Secured | 4,489,788.00 | 4,489,788.00 | 4,489,788.00 | | | | |
| Priority Debt | - | - | - | | | | |
| Federal Income Tax | - | - | - | | | | |
| FICA/Withholding | - | - | - | | | | |
| Unsecured Debt | 126,389.25 | 125,191.86 | 125,191.86 | | | | |
| Real Estate Taxes | 91,279.16 | 91,279.16 | 91,279.16 | | | | |
| Other | 124,201.79 | 108,923.79 | 165,857.48 | | | | |
| TOTAL PRE-PETITION LIABILITIES | 4,831,658.20 | 4,815,182.81 | 4,872,116.50 | | | | |
| **TOTAL LIABILITIES** | 4,831,658.20 | 4,824,950.01 | 4,895,504.06 | | | | |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | - | - | - | | | | |
| COMMON STOCK | - | - | - | | | | |
| ADDITIONAL PAID-IN CAPITAL | - | - | - | | | | |
| MARKET VALUE ADJUSTMENT | - | - | - | | | | |
| RETAINED EARNINGS: Filing Date | (1,325,729.67) | (1,325,729.67) | (1,325,729.67) | | | | |
| RETAINED EARNINGS: Post Filing Date | - | (13,698.13) | (59,543.21) | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | (1,325,729.67) | (1,339,427.80) | (1,385,272.88) | | | | |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $ 3,505,928.53 | $ 3,485,522.21 | $ 3,510,231.18 | | | | |

CASE NAME: ASR-8 Centre LP
CASE NUMBER: 14-30174

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH<br>January | MONTH<br>February | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | $ - | $ 8,174.38 | | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | - | - | | | | |
| State Payroll Taxes | - | - | | | | |
| Ad Valorem Taxes | - | 15,213.21 | | | | |
| Other Taxes | - | - | | | | |
| TOTAL TAXES PAYABLE | - | 15,213.21 | | | | |
| SECURED DEBT POST-PETITION | - | - | | | | |
| ACCRUED INTEREST PAYABLE | - | - | | | | |
| ACCRUED PROFESSIONAL FEES* | 9,767.20 | - | | | | |
| OTHER ACCRUED LIABILITIES | - | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $ 9,767.20 | $ 23,387.59 | | | | |

*Payment requires Court Approval

MOR-4

Notes:

CASE NAME: ASR-8 Centre LP
CASE NUMBER: 14-30174

## AGING OF POST-PETITION LIABILITIES
### MONTH - February

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | $ 8,174.38 | $ 8,174.38 | | | | |
| 31-60 | - | - | | | | |
| 61-90 | - | - | | | | |
| 91+ | - | - | | | | |
| TOTAL | $ 8,174.38 | $ 8,174.38 | $ - | $ - | $ - | $ - |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | January | February |
|---|---|---|
| 0-30 DAYS | $ 11,640.00 | $ 20,018.03 |
| 31-60 DAYS | - | 7,990.00 |
| 61-90 DAYS | 5,540.00 | 7,365.00 |
| 91+ DAYS | - | 1,053.03 |
| TOTAL | $ 17,180.00 | $ 36,426.06 |

MOR-5
Notes:

CASE NAME: ASR-8 Centre LP
CASE NUMBER: 14-30174

## STATEMENT OF INCOME (LOSS)

| | MONTH January | MONTH February | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | $ - | $ 33,887.46 | | | | $ 33,887.46 |
| TOTAL COST OF REVENUES | $ - | $ - | | | | $ - |
| GROSS PROFIT | $ - | $ 33,887.46 | | | | $ 33,887.46 |
| OPERATING EXPENSES: | | | | | | |
| Selling & Marketing | $ - | $ - | | | | $ - |
| General & Administrative | $ 1,040.41 | $ 444.71 | | | | $ 1,485.12 |
| Insiders Compensation | $ 2,000.00 | $ 2,654.33 | | | | $ 4,654.33 |
| Professional Fees | $ 9,767.20 | $ - | | | | $ 9,767.20 |
| R.E. Taxes & Insurance | $ - | $ 19,893.56 | | | | $ 19,893.56 |
| Other-Repairs & Maintenance | $ 72.92 | $ 7,922.32 | | | | $ 7,995.24 |
| Other-Cleaning | $ - | $ 8,753.21 | | | | $ 8,753.21 |
| Other-Utilities | $ 817.60 | $ 2,649.51 | | | | $ 3,467.11 |
| TOTAL OPERATING EXPENSES | $ 13,698.13 | $ 42,317.64 | | | | $ 56,015.77 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | $ (13,698.13) | $ (8,430.18) | | | | $ (22,128.31) |
| INTEREST EXPENSE | $ - | $ 37,414.90 | | | | $ 37,414.90 |
| DEPRECIATION | $ - | $ - | | | | $ - |
| OTHER (INCOME) EXPENSE* | $ - | $ - | | | | $ - |
| OTHER ITEMS** | $ - | $ - | | | | $ - |
| TOTAL INT, DEPR & OTHER ITEMS | $ - | $ 37,414.90 | | | | $ 37,414.90 |
| NET INCOME BEFORE TAXES | $ (13,698.13) | $ (45,845.08) | | | | $ (59,543.21) |
| FEDERAL INCOME TAXES | | | | | | $ - |
| NET INCOME (LOSS) (MOR-1) | $ (13,698.13) | $ (45,845.08) | | | | $ (59,543.21) |

*Accrual Accounting Required. Otherwise Footnote with Explanation.*

* *Footnote Mandatory*.
* * *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**
Notes:
January rents were booked pre-petition, as of January 1, 2014.

CASE NAME: ASR-8 Centre LP
CASE NUMBER: 14-30174

| CASH RECEIPTS AND DISBURSEMENTS | MONTH January | MONTH February | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $ 52,486.38 | $ 26,483.09 | | | | $ 52,486.38 |
| RECEIPTS: | | | | | | |
| 2. CASH SALES | $ - | | | | | $ - |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | $ 8,106.06 | $ 27,947.46 | | | | $ 36,053.52 |
| 4. LOANS & ADVANCES (attach list) | $ - | $ - | | | | $ - |
| 5. SALE OF ASSETS | $ - | $ - | | | | $ - |
| 6. OTHER (attach list) | $ - | $ - | | | | $ - |
| TOTAL RECEIPTS** | $ 8,106.06 | $ 27,947.46 | $ - | $ - | $ - | $ 36,053.52 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | $ - |
| DISBURSEMENTS: | | | | | | |
| 7. NET PAYROLL | $ 1,040.41 | $ (9.65) | | | | $ 1,030.76 |
| 8. PAYROLL TAXES PAID | $ - | $ - | | | | $ - |
| 9. SALES, USE & OTHER TAXES PAID | $ - | $ - | | | | $ - |
| 10. SECURED RENTAL/LEASES | $ - | $ - | | | | $ - |
| 11. UTILITIES & TELEPHONE | $ 1,627.45 | $ 636.76 | | | | $ 2,264.21 |
| 12. INSURANCE | $ - | $ - | | | | $ - |
| 13. INVENTORY PURCHASES | $ - | $ - | | | | $ - |
| 14. VEHICLE EXPENSES | $ - | $ - | | | | $ - |
| 15. TRAVEL & ENTERTAINMENT | $ - | $ - | | | | $ - |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | $ 460.46 | $ 72.92 | | | | $ 533.38 |
| 17. ADMINISTRATIVE & SELLING | $ - | $ 247.17 | | | | $ 247.17 |
| 18. OTHER-Property Management Fee | $ 2,000.00 | $ (2,000.00) | | | | $ - |
| 19. Interest Expense | $ 19,331.03 | $ 17,460.00 | | | | $ 36,791.03 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | $ 24,459.35 | $ 16,407.20 | $ - | $ - | $ - | $ 40,866.55 |
| 19. PROFESSIONAL FEES | $ - | | | | | $ - |
| 20. U.S. TRUSTEE FEES | $ - | | | | | $ - |
| 21. OTHER REORGANIZATION EXPENSES-Deposits | $ 9,650.00 | | | | | $ 9,650.00 |
| TOTAL DISBURSEMENTS** | $ 34,109.35 | $ 16,407.20 | $ - | $ - | $ - | $ 50,516.55 |
| 22. NET CASH FLOW | $ (26,003.29) | $ 11,540.26 | $ - | $ - | $ - | $ (14,463.03) |
| 23. CASH - END OF MONTH (MOR-2) | $ 26,483.09 | $ 38,023.35 | $ - | $ - | $ - | $ 38,023.35 |

* Applies to Individual debtors only
**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7
Notes:

CASE NAME: ASR-8 Centre LP
CASE NUMBER: 14-30174

## CASH ACCOUNT RECONCILIATION
## MONTH OF FEBRUARY

| BANK NAME | Icon Bank | Wells Fargo | Comerica | JPMorgan | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 71019 | 7304401594 | 1881614778 | 496656138 | |
| ACCOUNT TYPE | *Operating* | *Debtor in Possession* | *Other Funds* | *Lockbox* | *TOTAL* |
| BANK BALANCE | $ 3,416.27 | $ 31,382.66 | $ 100.00 | $ 3,652.30 | $ 38,551.23 |
| DEPOSITS IN TRANSIT | - | - | - | | $ - |
| OUTSTANDING CHECKS | 527.88 | - | - | - | $ 527.88 |
| ADJUSTED BANK BALANCE | $ 2,888.39 | $ 31,382.66 | $ 100.00 | $ 3,652.30 | $ 38,023.35 |
| BEGINNING CASH - PER BOOKS | $ 5,115.79 | - | $ 100.00 | $ 21,267.30 | $ 26,483.09 |
| RECEIPTS* | 27,947.46 | - | - | - | $ 27,947.46 |
| TRANSFERS BETWEEN ACCOUNTS | (31,382.66) | 31,382.66 | - | - | |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | - | - | - | | |
| CHECKS/OTHER DISBURSEMENTS* | (1,207.80) | - | - | 17,615.00 | $ 16,407.20 |
| ENDING CASH - PER BOOKS | $ 2,888.39 | $ 31,382.66 | $ 100.00 | $ 3,652.30 | $ 38,023.35 |

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7.

Notes:

CASE NAME: ASR-8 Centre LP
CASE NUMBER: 14-30174

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH January | MONTH February | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. ASMG - Management Fees | $ 2,000.00 | $ 1,559.28 | | | | |
| 2. ASMG - Payroll | 1,040.41 | 1,095.05 | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $ 3,040.41 | $ 2,654.33 | | | | |

| PROFESSIONALS | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1 | $ - | $ - | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $ - | $ - | | | | |

MOR-9
Notes: